UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DARCY TOLBERT**<br><br>**Plaintiff,**<br><br>v.<br><br>**EAN HOLDINGS (ENTERPRISE HOLDINGS)**<br>**A foreign, for profit company**<br><br>**Defendant.** | Case No. 4:15-CV-00735-GKF-TLW<br><br>**Jury Trial Demanded**<br>**Attorney Lien Claimed** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff Darcy Tolbert and the Defendant EAN Holdings (Enterprise Holdings) and hereby stipulate that the Defendant is dismissed from this matter with prejudice as to right of refiling, with each party to bear their own costs and attorney fees.

By: */s/ Benjamin Oxford*
BENJAMIN OXFORD, OBA #22259
HANS OTTO LEHR, OBA# 30622
OXFORD LEHR, PLLC
9 East 4th Street, Suite 600
Tulsa, OK 74103
ben@oxfordlehr.com
hans@oxfordlehr.com
Tel: (918) 884-6016
Fax: (888) 424-7080

*/s/ William M. Lawson*
William M. Lawson, *pro hac*
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Phone: (314) 802-3935
Facsimile: (314) 802-3936
william.lawson@ogletreedeakins.com